### (December 12, 1974)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. C. JAMES LOMBARDI, Appellant.— Appeals from two orders of the Supreme Court, New York County, entered on June 7 and July 19, 1971, respectively, unanimously dismissed. It we were not dismissing, we would affirm on the merits. No opinion. Concur — McGivern, P. J., Nunez, Murphy, Tilzer and Lane, JJ.